**Robert F. GONZALES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 45846.**

Missouri Court of Appeals,
Western District.

Jan. 26, 1993.

Judith C. LaRose, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and .HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from denial after an evidentiary hearing of motion for post-conviction relief under Rule 27.26 (Repealed).

Judgment affirmed. Rule 84.16(b).